UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:19-MJ-00379-DDN |
| VANCE PEARSON, | ) |
| Defendant | ) |

## MOTION TO WAIVE RULE 5 HEARING

The Defendant, Vance Pearson, by and through undersigned counsel, hereby moves this Court to cancel the identity hearing scheduled for 2:00 on September 17. A fully executed Waiver in support of this Motion is submitted herewith.

Respectfully submitted,

THOMPSON COBURN LLP

By:/s/ Jan Paul Miller
Jan Paul Miller, #58112MO
One U.S. Bank Plaza, Suite 2700
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000
jmiller@thompsoncoburn.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

 I hereby certify that on September 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system for service on the following attorneys:

Jennifer A. Winfield
United States Attorney's Office
111 S. 10th Street, Suite 20.333
St. Louis, MO 63102


Attorney for Plaintiff


              /s/ Jan Paul Miller

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| United States of America <br> v. <br> **VANCE PEARSON** <br><br> _Defendant_ | ) <br> ) Case No. 4:19-mj-00379-DDN <br> ) <br> ) <br> ) Charging District's Case No.  2:19-mj-30488 <br> ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the _(name of other court)_   United States District Court for the Eastern District of MIchigan.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9/17/2019

_Defendant's signature_

_Signature of defendant's attorney_

Jan Paul Miller, #58112
_Printed name of defendant's attorney_